# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

NUSANTARA FOUNDATION INC. and
DEVIRA EDITHA CHERMANSYAH,

                        Plaintiffs,

      -against-                        19 **CIVIL** 3355 (VSB)

## JUDGMENT

U.S. DEPARTMENT OF STATE;
MICHAEL R. POMPEO, in his official
capacity as Secretary; JOSEPH R.
DONOVAN, Jr., in his official capacity as
Ambassador to Indonesia,

                        Defendants.

-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 15, 2020, Defendants' motion to dismiss is GRANTED; accordingly, this case is closed.

**Dated:** New York, New York

      September 16, 2020

                                                   **RUBY J. KRAJICK**

                                                   **Clerk of Court**

                           **BY:**     *K. Mango*

                                                   **Deputy Clerk**